# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNTHES, INC., et al. | : | CIVIL ACTION |
| v. | : | NO.: 13-05565 |
| DONALD LEE LEWIS, et al. | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(A)(i), Plaintiffs Synthes, Inc. and DePuy Synthes Sales, Inc. withdraw and dismiss this action against Defendants Peerless Surgical, Inc., Donald Lee Lewis, and Brandon Cain without prejudice.

Dated: October 21, 2013

**BLANK ROME LLP**

/s/ William R. Cruse
Anthony B. Haller
William R. Cruse
One Logan Square
Philadelphia, PA 19103
Phone:  215.569.5690/5447
Fax:  215.832.5690/5447
haller@blankrome.com
cruse@blankrome.com

*Attorneys for Plaintiffs*

090725.02357/12356177v.1

## **CERTIFICATE OF SERVICE**

I certify that I caused the foregoing Notice of Voluntary Dismissal to be served on the following by email:

Eric S. Bland
Bland Richter, LLP
1500 Calhoun Street
Columbia, South Carolina 29201
*Counsel to Peerless Surgical, Inc.,*
*Donald Lee Lewis, and*
*Brandon Cain*

          /s/ William R. Cruse
          WILLIAM R. CRUSE

Dated: October 21, 2013